# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JASON SHIRTS,<br><br>*Plaintiff*<br>v.<br>Dr. B. RODRIGUEZ, et al,<br><br>*Defendant* | )<br>)<br>)   Civil Action No.  4:15-CV-05066-SMJ<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   It is hereby ordered: 1.) The Second Amended Complaint is DISMISSED with prejudice pursuant to 28 U.S.C. 1915A(b)(1) and 1915(e)(2). 2.) Pursuant to 28 U.S.C. 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal in forma pauperis "unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. 1915(g).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  February 3, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy